BS

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2020 JUL 24 AM 9: 07
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE | * | |
| Michael Goldberg | * | Case No. **17-12560** |
| Plaintiff(s) | * | |
| vs. | * | ANSWER, AFFIRMATIVE DEFENSES, |
| Richard Anthony Miller | * | COUNTERCLAIMS |
| Defendant(s) | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## I. ANSWER

Jurisdiction is established by 28 U.S.C. § 1334 and 28 U.S.C. § 157. Defendant(s) answer the complaint as follows:

1. Admit the statements contained in paragraphs numbers: _____.

2. Deny the statements contained in paragraph numbers: **1-80**_____,

except the following, which Defendant(s) admit:

3. Lack knowledge and, therefore, deny the statements contained in paragraph numbers:
_____.

Defendant(s) deny everything in the complaint not admitted above.

## II. AFFIRMATIVE DEFENSES

Defendant(s) other defenses are:

1. _____

2. _____

3. _____

### III. COUNTERCLAIMS

Plaintiff owes defendant(s) $_____ because:

[ ]

This is a __non-core__ claim. If non-core, the defendant(s) __do not__ consent to entry of final order or judgment by the bankruptcy judge.

**WHEREFORE**, Defendant(s) request that this lawsuit be dismissed and that a judgment be entered against plaintiff for any counterclaims, costs, or attorney fees.

DATED this __22__ day of __July__, __2020__.

*[signature]*

__Richard Anthony Miller__, Defendant

Address: __20 East Foothill Blvd STE 100__

__Arcadia, CA 91006__

Phone: __(626) 294-0414__