# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br><br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al*.,<br><br>Plaintiff,<br><br>v.<br><br>[SEE ATTACHED EXHIBIT A ],<br><br><br><br>Defendants. | Adversary Proceeding<br>Case Nos. (See attached Exhibit A)<br><br>**Ref Docket No. 4596** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                          ) ss.:
COUNTY OF NEW YORK  )

SHARNA WILSON, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action & Claims Solutions, Inc., located at 777 Third Avenue, New York, NY 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the "Order Modifying and Granting Limited Waiver of General Order Re: Procedures In Adversary," dated February 26, 2021, [Docket No. 4596],

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

by causing true and correct copies to be:

    a. delivered via electronic mail on February 26, 2021 to those parties listed on the annexed <u>Exhibit B</u>,

    b. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail on March 1, 2021 to those parties listed on the annexed <u>Exhibit C</u>, and

    c. delivered via electronic mail on March 1, 2021 to those parties listed on the annexed <u>Exhibit D,</u>

3. The envelope utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<i>/s/ Sharna Wilson</i><br>
Sharna Wilson

Sworn to before me this
4th day of March, 2021
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

# EXHIBIT A

# EXHIBIT A

|  | Defendant(s) | Case No. |
|---|---|---|
| 1. | Thomas Furman | 19-50299 |
| 2. | Stefan Kolosenko | 19-50301 |
| 3. | Alexander S. Aduna, Emma R. Aduna. | 19-50307 |
| 4. | Sylvan R. Jutte, Jeannette E. Jutte | 19-50308 |
| 5. | Brian D. Korkus, Robin L. Korkus | 19-50309 |
| 6. | Russell Bullis, Betsy Bullis | 19-50310 |
| 7. | Mary M. Noyes, Gale E. Noyes | 19-50312 |
| 8. | Darrell Sandison, Mattie Sandison | 19-50313 |
| 9. | Delton Christman, Jean Christman | 19-50314 |
| 10. | Floyd G Davis, Lavonne J. Davis | 19-50317 |
| 11. | George T. Iwahiro, Charlene M. Iwahiro | 19-50319 |
| 12. | Toomas Heinmets, Pamela Heinmets | 19-50322 |
| 13. | Richard E. Attig, Stephanie L. Attig | 19-50325 |
| 14. | Jason Curtis | 19-50327 |
| 15. | Janet V. Dues | 19-50328 |
| 16. | Dena Falkenstein | 19-50329 |
| 17. | Judy Karen Goodin | 19-50330 |
| 18. | Dennis W. Hueth | 19-50331 |
| 19. | Christian Lester | 19-50332 |
| 20. | Joseph Lin | 19-50334 |
| 21. | Jane Marshall | 19-50335 |
| 22. | Laurence J. Nakasone | 19-50337 |
| 23. | Blaine Phillips | 19-50338 |
| 24. | George Edward Sargent | 19-50340 |
| 25. | Jeff Schuster | 19-50341 |
| 26. | Jennifer Tom | 19-50342 |
| 27. | Anita Bedoya, Mark Bedoya | 19-50343 |
| 28. | Anita Bedoya, Julian Duran | 19-50344 |
| 29. | Ronald Cole | 19-50346 |
| 30. | Ronald Draper | 19-50347 |
| 31. | Stephen B. Moore | 19-50350 |
| 32. | Lawrence J. Paynter | 19-50351 |
| 33. | Nannette Tibbitts | 19-50353 |
| 34. | Ascensus, LLC, Custodian for the Benefit of Donald L. Engle Jr. IRA, Donald L. Engle Jr. | 19-50566 |
| 35. | Mainstar Trust, Custodian for the Benefit of Lorie Gorman, Lorie Gorman | 19-50567 |
| 36. | IRA Services Trust Company, Custodian for the Benefit of James C. Chang IRA, James C Chang | 19-50576 |
| 37. | Mainstar Trust, Custodian for the Benefit of John Korbierecki, John Korbierecki | 19-50578 |
| 38. | IRA Services Trust Company, Custodian for the Benefit of Dwight L. Atherton IRA, Dwight L Atherton | 19-50581 |

|  | Defendant(s) | Case No. |
|---|---|---|
| 39. | Ascensus, LLC, Custodian for the Benefit of Deborah J. Murphy IRA, Deborah J. Murphy | 19-50583 |
| 40. | Ascensus, LLC, Custodian for the Benefit of Larry A. Norton IRA, Larry A. Norton | 19-50586 |
| 41. | Anthony Arthur Meola Jr., in his capacity as Trustee of the Anthony Arthur Meola Jr. 2008 Trust, Anthony Arthur Meola Jr. | 19-50741 |
| 42. | Mainstar Trust, Custodian for the Benefit of Timothy Hawley, Timothy Hawley | 19-50750 |
| 43. | Irmgard Herrmann | 19-50752 |
| 44. | Christ Temple Baptist Church | 19-50756 |
| 45. | Ascensus, LLC, Custodian for the Benefit of John B. Smith IRA, John B Smith | 19-50760 |
| 46. | Mainstar Trust, Custodian for the Benefit of Sherry L. Collver, Sherry L. Collver | 19-50794 |
| 47. | Mainstar Trust, Custodian for the Benefit of Jeanne Marie Spezia; Jeanne Marie Spezia | 19-50806 |
| 48. | IRA Services Trust Company, Custodian for the Benefit of Lynette Eddy IRA, Lynette Eddy | 19-50808 |
| 49. | IRA Services Trust Company, Custodian For The Benefit of Earl Eddy IRA, Earl Eddy | 19-50814 |
| 50. | Marcella P. Best | 19-50819 |
| 51. | Althea McCormick | 19-50823 |
| 52. | Kirk W Chubka | 19-50826 |
| 53. | Mary Ellen Nuhn | 19-50829 |
| 54. | Ascensus, LLC d/b/a Provident Trust Group, Custodian for the Benefit of Sharon R. Ferry IRA, Sharon R. Ferry | 19-50831 |
| 55. | Clayton Nakasone | 19-50832 |
| 56. | Hart Placement Agency, Inc. | 19-50847 |
| 57. | Robert Elmer | 19-50850 |
| 58. | Peter Greenberg | 19-50855 |
| 59. | Kathy Hagen, in her Capacity as Trustee to the Kathy A. Hagen Declaration of Trust Dated March 2, 1998, Kathy Hagen | 19-50869 |
| 60. | Fred Randhahn; Karen Randhahn; Ascensus, LLC d/b/a Provident Trust Group, Custodian for the Benefit of Antelope Women's Center 401K PSP for the Benefit of Karen Randhahn; Kronos Global Advisors, Inc. | 19-50908 |
| 61. | Phillip Ball (aka Larry Ball) | 19-50913 |
| 62. | Michael Kandravi | 19-50914 |
| 63. | Maxwell Financial Group, Inc. | 19-50915 |
| 64. | Kim Butler | 19-50917 |
| 65. | Joseph Rubin Inc., a New York corporation, Joseph Rubin | 19-50918 |
| 66. | Mark Goldfinger | 19-50920 |
| 67. | All Mark Insurance Services, Inc., Cameron Johnson | 19-50921 |

|  | Defendant(s) | Case No. |
|---|---|---|
| 68. | Chris Dantin Financial Services, LLC, Chris A. Dantin, Sr. | 19-50922 |
| 69. | Danny Van Houten | 19-50927 |
| 70. | Retirement Services LLC | 19-50931 |
| 71. | Jerome Schwartz, Associated Insurance Group, Incorporated | 19-50938 |
| 72. | Eric Little | 19-50944 |
| 73. | Frontier Advisors Group LLC, David Nichols | 19-50945 |
| 74. | John Fagan | 19-50947 |
| 75. | Ivy League College Planning Strategies, Inc., Michael Rappa | 19-50951 |
| 76. | James Lamont | 19-50952 |
| 77. | Gregg W. Butler | 19-50958 |
| 78. | Gerard J. O'Neill | 19-50964 |
| 79. | James E. Campbell Jr. Inc. (d/b/a Campbell Financial Corp.), and James E. Campbell, Jr. | 19-50965 |
| 80. | David Keledjian | 19-50973 |
| 81. | Harold Plain | 19-50974 |
| 82. | Joseph W. Isaac | 19-50976 |
| 83. | Randy Robertson | 19-50977 |
| 84. | Joseph A. Loox | 19-50978 |
| 85. | Donovan Knowles | 19-50980 |
| 86. | Gregory Jandt | 19-50981 |
| 87. | James A. Klohn & Assoc., P.A. | 19-50989 |
| 88. | John J. McNamara | 19-50998 |
| 89. | David Valencia, Valencia Financial Services, LLC | 19-51000 |
| 90. | Bette Tydings | 19-51002 |
| 91. | Ricki Dean Wiggs a/k/a Ricki Wiggs | 19-51003 |
| 92. | Retirement Planning Solutions, LLC, Gordon Hannah | 19-51004 |
| 93. | Daniel P. Orfin | 19-51005 |
| 94. | Dennis Drake, Mid-Atlantic Brokers, Inc. | 19-51006 |
| 95. | Dan Reisinger | 19-51007 |
| 96. | Richard Anthony Miller | 19-51008 |
| 97. | Harris Financial Management and John G. Harris | 19-51011 |
| 98. | Gaulan Financial LLC | 19-51012 |
| 99. | Legacy Financial Network and Retirement Services, Inc. and Jeffrey Nimmow | 19-51016 |
| 100. | Searchlight Financial Advisors, LLC, Caroline Rakness | 19-51022 |
| 101. | Safe Money Broadcasting, LLC, Michael P. Litwin | 19-51023 |
| 102. | Kenneth Halbert | 19-51027 |
| 103. | Alfred S. Malianni, In His Capacity As Co-Trustee Of The Alfred S. And Gail E. Malianni Revocable Living Trust January 15, 2011; Gail E. Malianni, in her capacity as co-trustee of the Alfred S. and Gail E. Malianni Revocable Living Trust January 15, 2011; Alfred S. Malianni; Gail E. Maliani | 19-51034 |

|      | Defendant(s) | Case No. |
|------|--------------|----------|
| 104. | Basic Financial Services Inc., Basic Wealth Advisors, Inc., Fred C. Johnson | 19-51039 |
| 105. | TWH Annuities & Insurance Agency, Inc., Gryphon Financial Services | 19-51042 |
| 106. | Sycamore Group, Inc., Bender W. Mackey | 19-51043 |
| 107. | Uma Gajavada | 19-51046 |
| 108. | Jay N. Brown | 19-51047 |
| 109. | Robert Biscardi Jr. | 19-51048 |
| 110. | Arash Tashvighi | 19-51049 |
| 111. | Ascensus, LLC, Administrator and Custodian for the Benefit of Christopher M. Soulier Roth IRA, Christopher M. Soulier | 19-51050 |
| 112. | To The Max Marketing, Inc. | 19-51066 |
| 113. | Structured Strategies, LLC, Alan K. Hoffman | 19-51067 |
| 114. | Deb Brundage | 19-51069 |
| 115. | Matthew Schwartz, Matte Black Inc. | 19-51077 |
| 116. | Ascensus, LLC, Custodian for the Benefit of Gail Marie Bush IRA, Gail Marie Bush, Gail Marie Bush as Trustee of the Gail Marie Bush Trust Dated 12/21/2001 | 19-51133 |
| 117. | IRA Services Trust Company, Custodian for the Benefit of Richard Derf Sep IRA, Richard Derf | 19-51136 |
| 118. | Harry R. Culotta, in his Capacity as Trustee of the Harry R. Culotta Trust Dated 11/16/16, Harry R. Culotta | 19-51138 |
| 119. | Ascensus, LLC d/b/a Provident Trust Group, Custodian for the Benefit of Kerstin Rodriguez IRA, Kerstin Rodriguez | 19-50837 |
| 120. | Bank of America Corporation | 19-51031 |
| 121. | Asset Management Consultants of NC, Inc., Carlton Scott Phillips | 19-50929 |

# EXHIBIT B

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| AKERMAN LLP | ATTN: MICHAEL I GOLDBERG, ESQ | 201 E LAS OLAS BLVD STE 1800 | | | FORT LAUDERDALE | FL | 33301-4442 | Michael.goldberg@akerman.com |
| BILLION LAW | ATTN: MARK M. BILLION & PETER K. SCHAEFFER | 1073 S. GOVERNORS AVE. | | | DOVER | DE | 19904 | markbillion@billionlaw.com |
| KTBS LAW LLP | ATTN JONATHAN M. WEISS | 1801 CENTURY PARK EAST, 26TH FLR | | | LOS ANGELES | CA | 90067 | jweiss@ktbslaw.com |
| KTBS LAW LLP | ATTN DAVID A. FIDLER | 1801 CENTURY PARK EAST, 26TH FLR | | | LOS ANGELES | CA | 90067 | dfidler@ktbslaw.com |
| KTBS LAW LLP | ATTN MICHAEL L. TUCHIN | 1801 CENTURY PARK E STE 2600 | | | LOS ANGELES | CA | 90067-2328 | mtuchin@ktbslaw.com |
| MCCABE, WEISBERG & CONWAY, LLC | ATTN JANET Z. CHARLTON | 1407 FOULK ROAD, SUITE 204 | | | WILMINGTON | DE | 19803 | jcharlton@mwc-law.com |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3 | ATTN TIMOTHY J. FOX, JR | 844 KING STREET, SUITE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19801 | Timothy.Fox@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN RICHARD M. PACHULSKI | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 | rpachulski@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN BRADFORD J SANDLER | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | bsandler@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN COLIN R. ROBINSON | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | crobinson@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN ANDREW W CAINE | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19899 | acaine@pszjlaw.com |
| RYAN LAW GROUP PLLC | ATTN MICHAEL J RYAN, ESQ | 636 US HIGHWAY 1 STE 110 | | | NORTH PALM BEACH | FL | 33408 | mikeryan32645@yahoo.com |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN WILLIAM D SULLIVAN | 919 N MARKET ST STE 420 | | | WILMINGTON | DE | 19801 | bsullivan@sha-llc.com |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN WILLIAM A HAZELTINE | 919  N MARKET ST STE 420 | | | WILMINGTON | DE | 19801 | whazeltine@sha-llc.com |
| U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION | P.O. BOX 875 | ATTN: J. ZACHARY BALASKO | BEN FRANKLIN STATION | | WASHINGTON | DC | 20044-0875 | john.z.balasko@usdoj.gov |
| YOUNG & BROOKS, P.A. | ATTN STUART A. YOUNG, ESQ. | 1860 FOREST HILL BLVD., SUITE 201 | | | WEST PALM BEACH | FL | 33406 | syoung@ybplaw.com |

# EXHIBIT C

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| MICHAEL P. LITWIN | 3124 E. CANVASBACK LN. | | | | APPLETON | WI | 54913 |
| PROV. TR GP-FBO DEBORAH J MURPHY IRA | 8716 GLENROCK DR | | | | NEW HAVEN | IN | 46774 |
| RICHARD ANTHONY MILLER | 1441 E NORTHRIDGE AVE | | | | GLENDORA | CA | 91741 |
| ROBERT BISCARDI JR | 7210 JORDAN AVE | | | | CANOGA PARK | CA | 91303 |
| TIMOTHY HAWLEY | 677 N 9TH ST | | | | NOBLESVILLE | IN | 46060 |
| UMA GAJAVADA | 5600 DEANE AVE | | | | LOS ANGELES | CA | 90043-2345 |
| UNITED STATES CORPORATION | R/A FOR STRUCTURED STRATEGIES, LLC | 17470 N PACESETTER WAY | | | SCOTTSDALE | AZ | 85255 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ALAN K HOFFMAN | C/O STRUCTURED STRATEGIES, LLC | 7420 E WANDERING RD | | | TUCSON | AZ | 85750-6213 |
| ARASH TASHVIGHI | 3234 LILLY FLOWER | | | | SAN ANTONIO | TX | 78253-6098 |
| ARASH TASHVIGHI | 3235 LILLY FLOWER | | | | SAN ANTONIO | TX | 78253-6068 |
| ARASH TASHVIGHI. | 17551 STAGG ST | | | | RESEDA | CA | 91335 |
| ASSOCIATED INSURANCE GROUP, INC | ATTN JEROME H. SCHWARTZ, PRESIDENT | 14 SOUTH CHICAGO AVENUE | | | FREEPORT | IL | 61032 |
| BETTE TYDINGS | 21761 NORTHWOOD LN | | | | LAKE FOREST | CA | 92630 |
| BRADLEY E. SCAFE, R/A FOR MAINSTAR TRUST | 5901 COLLEGE BLVD., STE. 100 | | | | LEAWOOD | KS | 66211-1834 |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN MARY F. CALOWAY, ESQ. | 919 N MARKET ST. SUITE 1500 | | | WILMINGTON | DE | 19801 |
| CHRISTOPHER M SOULIER | 602 WILLIAM WAY | | | | WAUNAKEE | WI | 53597 |
| CHRISTOPHER M. SOULIER | 703 LOCHMOORE DRIVE | | | | WAUNAKEE | WI | 53597 |
| DEB BRUNDAGE | PO BOX 6683 | | | | MESA | AZ | 85216 |
| DONALD L ENGLE JR | 859 BOLTON ABBEY LN | | | | VANDALIA | OH | 45377 |
| DWIGHT L ATHERTON | 11121 HUNTER RD | | | | MERCERSBURG | PA | 17236 |
| ERIC LITTLE | 605 CATALINA DR | | | | HUTCHINSON | KS | 67502-8413 |
| ERIC LITTLE | PO BOX 336293 | | | | GREELY | CO | 80634 |
| GAULAN FINANCIAL LLC | ATTN: MARIE A. CORIOLAN, OFFICER | 1711 ALHAMBRA CREST DRIVE | | | RUSKIN | FL | 33570 |
| GAULAN FINANCIAL LLC | ATTN: ERNST GAUTIER, R/A | 1711 ALAMBRA CREST DRIVE | | | RUSKIN | FL | 33570 |
| GREGG W BUTLER | 21661 BROOKHURST ST APT 234 | | | | HUNTINGTON BEACH | CA | 92646-8132 |
| JAMES E. CAMPBELL | PO BOX 5167 | | | | WOODLAND PARK | CO | 80866 |
| JAMES E. CAMPBELL JR. INC | ATTN JAMES E. CAMPBELL JR., R/A | 1067 E US HWY 24, #182 | | | WOODLAND PARK | CO | 80866 |
| JAY N BROWN | 1000 FOURTH ST STE 580 | | | | SAN RAFAEL | CA | 94901 |
| JAY N BROWN | 10 SANDPIPER CIRCLE | | | | CORTE MADERA | CA | 94925 |
| JEANNE MARIE SPEZIA | 4827 THEISS RD | | | | SAINT LOUIS | MO | 63128 |
| JEFFREY S NIMMOW | C/O HUSCH BLACKWELL LLP | ATTN JEFFREY J LIOTTA | 20800 SWENSON DR | | WAUKESHA | WI | 53186 |
| JEROME H SCHWARTZ | 14 S CHICAGO AVE | | | | FREEPORT | IL | 61032 |
| JOHN B SMITH | 1831 W SCHWARTZ RD | | | | LADY LAKE | FL | 32159 |
| JOHN HARRIS D/B/A HARRIS FINANCIAL | MANAGEMENT | 300 MT LEBANON BLVD, STE. 2218-A | | | PITTSBURGH | PA | 15234 |
| JOSEPH A LOOX | 12806 OTTOMAN ST | | | | PACOIMA | CA | 91331 |
| JOSEPH LOOX | 18641 SATICOY ST | APT 42 | | | RESEDA | CA | 91335-4954 |
| KERSTIN RODRIGUEZ | 1550 ROY LN, SP#1 | | | | SIMI VALLEY | CA | 93063 |
| KIM BUTLER | 2024 S BALDWIN # 46 | | | | MESA | AZ | 85209 |
| KIRK W CHUBKA | 11447 NANCY DR | | | | WARREN | MI | 48093 |
| MARK GOLDFINGER | 1115 S ELM DRIVE, #212 | | | | LOS ANGELES | CA | 90035 |
| MATTE BLACK INC | ATTN: MATT J. SCHWARTZ, R/A | 24921 KIT CARSON RD | | | HIDDEN HILLS | CA | 91302-1136 |
| MICHAEL P. LITWIN | 1047 N LYNNDALE DR STE 1C | | | | APPLETON | WI | 54914-3059 |

# EXHIBIT D

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: JENNIFER R HOOVER | 222 DELAWARE AVE, STE 801 | | | WILMINGTON | DE | 19801-1611 | jhoover@beneschlaw.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: KEVIN M CAPUZZI | 222 DELAWARE AVE, STE 801 | | | WILMINGTON | DE | 19801-1611 | kcapuzzi@beneschlaw.com |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN GEOFFREY G. GRIVNER | 919 NORTH MARKET STREET, SUITE 990 | | | WILMINGTON | DE | 19801 | geoffrey.grivner@bipc.com |
| BUCHANAN INGERSOLL & ROONEY PC | BUCHANAN INGERSOLL & ROONEY PC | 50 S. 16TH STREET, SUITE 200 | | | PHILADELPHIA | PA | 19102 | mark.pfeiffer@bipc.com |
| CIARDI CIARDI & ASTIN | ATTN JOSEPH J. MCMAHON JR. | 1204 N. KING STREET | | | WILMINGTON | DE | 19801 | JMCMAHON@CIARDILAW.COM |
| CROSS & SIMON, LLC | ATTN DAVID G HOLMES | 1105 NORTH MARKET ST., STE 901 | PO BOX 1380 | | WILMINGON | DE | 19899-1380 | dholmes@crosslaw.com |
| D ETHAN JEFFERY | | | | | | | | EJeffery@MurphyKing.com |
| DONOVAN KNOWLES | 14455 DICKENS ST, APT 12 | | | | SHERMAN OAKS | CA | 91423 | DONOVANCKNOWLES@YAHOO.COM |
| GARTENBERG GELFAND HAYTON LLP | EDWARD GARTENBERG | 15260 VENTURA BOULEVARD, SUITE 1920 | | | SHERMAN OAKS | CA | 91403 | egartenberg@gghslaw.com |
| GELLERT SCALI BUSENKELL & BROWN LLC | ATTN CHARLES J BROWN III, ESQ | 1201 N ORANGE ST STE 300 | | | WILMINGTON | DE | 19801 | cbrown@gsbblaw.com |
| GREGG W BUTLER | 570 E 900 S | | | | OREM | UT | 84097-7159 | greggwbutler@yahoo.com |
| GREGG W BUTLER | 570 E 900 S | | | | OREM | UT | 84097-7159 | GREGGWBUTLER@YAHOO.COM |
| HART PLACEMENT AGENCY INC | ATTN ANNIE H. GHAW, RA | 21801 ROSCOE BLVD # 149 | | | CANOGA PARK | CA | 91304 | HReadshaw@eckertseamans.com; arogin@eckertseamans.com |
| HULL & CHANDLER, P.A. | ATTN: FELTON PARRISH ESQ. | 1001 MOREHEAD SQUARE DRIVE | STE 450 | | CHARLOTTE | NC | 28203 | felton.parrish@alexanderricks.com |
| JEROME H SCHWARTZ | 14 S CHICAGO AVE | | | | FREEPORT | IL | 61032 | jerry7928@yahoo.com |
| JONES & ASSOC | ATTN: ROLAND GARY JONES ESQ | 1745 BROADWAY, 17TH FLR | | | NEW YORK | NY | 10019 | RGJ@ROLANDJONES.COM |
| JOSEPH LOOX | 18641 SATICOY ST | APT 42 | | | RESEDA | CA | 91335-4954 | josephloox@gmail.com |
| JOSEPH W. ISAAC | 12672 LIMONITE AVE., #3E #768 | | | | EASTVALE | CA | 92880 | JOSEPH41121@GMAIL.COM |
| JOYCE LLC | ATTN: MICHAEL JOSEPH JOYCE | 1225 KING ST., STE 800 | | | WILMINGTON | DE | 19801 | mjoyce@mjlawoffices.com |
| KLEHR HARRISON HARVEY BRANZBURG LLP | DAVID S. EAGLE ESQ. & SALLY E. VEGHTE, ESQ. | 919 N. MARKET STREET, SUITE 1000 | | | WILMINGTON | DE | 19801 | deagle@klehr.com;sveghte@klehr.com |
| LAW OFFICE OF CURTIS A HEHN | ATTN CURTIS A HEHN | 1007 N ORANGE ST 4TH FL | | | WILMINGTON | DE | 19801 | curtishehn@comcast.net |
| LAW OFFICE OF MARK S. ROHER | ATTN MARK S. ROHER, ESQ. | 5701 NW 88TH AVE, SUITE 301 | | | TAMARAC | FL | 33321 | mroher@markroherlaw.com |
| LEECH TISHMAN FUSCALDO & LAMPL LLC | ATTN: PATRICK W. CAROTHERS & DANIEL YEOMANS | 525 WILLIAM PENN PL., 28TH FLR | | | PITTSBURGH | PA | 15219 | pcarothers@leechtishman.com; dyeomans@leechtishman.com; mburne@leechtishman.com |
| LEECH TISHMAN FUSCALDO & LAMPL, LLC | ATTN GREGORY W HAUSWIRTH | 1007 N ORANGE ST 4TH FL | | | WILMINGTON | DE | 19801 | ghauswirth@leechtishman.com |
| MARGOLIS EDELSTEIN | ATTN JAMES E. HUGGETT, ESQ | 300 DELAWARE AVENUE, SUITE 800 | | | WILMINGTON | DE | 19801 | jhuggett@margolisedelstein.com |
| MICHELMAN & ROBINSON LLP | ATTN: JEFF FARROW ESQ | 17901 VON KARMAN AVE, 10TH FLR | | | IRVINE | CA | 92614 | JFARROW@MRLLP.COM |
| PHILLIP 'LARRY' BALL | 215 S GLADES TRL | | | | PANAMA CITY | FL | 32407 | LBALL26@COMCAST.NET |
| POTTER ANDERSON & CORROON LLP | ATTN: R STEPHEN MCNEILL | 1313 N MARKET ST, SIXTH FLR | | | WILMINGTON | DE | 19899-0951 | rmcneill@potteranderson.com |
| RAYMOND AVER | COUNSEL TO SEARCHLIGHT FIN, C RAKNESS | | | | | | | ray@averlaw.com |
| SACKMANN LAW OFFICE | ATTN STEVEN H. SACKMANN | 455 E HEMLOCK ST | | | OTHELLA | WA | 99344 | Steve@sackmannlaw.com |
| SHERRY L COLLVER | 1746 CHATEAU DR SW | | | | WYOMING | MI | 49519-4916 | JCREWSLY@GMAIL.COM |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| STEINHILBER SWANSON LLP | ATTN: CLAIRE ANN RICHMAN ESQ. | 122 W. WASHINGTON AVE., STE 850 | | | MADISON | WI | 53703 | CRICHMAN@STEINHILBERSWANSON.COM |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN WILLIAM D SULLIVAN | 919 N MARKET ST STE 420 | | | WILMINGTON | DE | 19801 | bsullivan@sha-llc.com |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN WILLIAM A HAZELTINE | 919 N MARKET ST STE 420 | | | WILMINGTON | DE | 19801 | whazeltine@sha-llc.com |
| THE LAW OFFICE OF JAMES TOBIA, LLC | ATTN JAMES TOBIA | 1716 WAWASET ST | | | WILMINGTON | DE | 19806 | jtobia@tobialaw.com |
| THE ROSNER LAW GROUP LLC | ATTN FREDERICK B. ROSNER | 824 MARKET STREET, SUITE 810 | | | WILMINGTON | DE | 19801 | rosner@teamrosner.com |
| THE ROSNER LAW GROUP LLC | ATTN SCOTT J. LEONHARDT | 824 MARKET ST., SUITE 810 | | | WILMINGTON | DE | 19801 | leonhardt@teamrosner.com; dloughlin@wnj.com |
| THE ROSNER LAW GROUP LLC | ATTN JASON A GIBSON | 824 N. MARKET ST STE 810 | | | WILMINGTON | DE | 19801 | gibson@teamrosner.com; LEONHARDT@TEAMROSNER.COM |
| THE SARACHEK LAW FIRM | ATTN JONATHAN H. MILLER, ESQ. | 101 PARK AVE, SUITE 2700 | | | NEW YORK | NY | 10178 | jon@saracheklawfirm.com; joe@saracheklawfirm.com |
| WARDROP & WARDROP, PC | ATTN ROBERT F. WARDROP II | 300 OTTAWA AVE, SUITE 150 | | | GRAND RAPIDS | MI | 49503-2308 | Robb@wardroplaw.com; |
| WERB & SULLIVAN | ATTN BRIAN A. SULLIVAN, ESQ. | 1225 KING STREET | | | WILMINGTON | DE | 19801 | bsullivan@werbsullivan.com |
| WINGET, SPADAFORA & SCHWARTZBERG LLP | ATTN: JOEL WERTMAN & DOUGLAS FOGLE | 1528 WALNUT ST., STE 1502 | | | PHILADELPHIA | PA | 19102 | Wertman.j@wssllp.com; Fogle.d@wssllp.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: JENNIFER R HOOVER | 222 DELAWARE AVE, STE 801 | | | WILMINGTON | DE | 19801-1611 | jhoover@beneschlaw.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: KEVIN M CAPUZZI | 222 DELAWARE AVE, STE 801 | | | WILMINGTON | DE | 19801-1611 | kcapuzzi@beneschlaw.com |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN GEOFFREY G. GRIVNER | 919 NORTH MARKET STREET, SUITE 990 | | | WILMINGTON | DE | 19801 | geoffrey.grivner@bipc.com |
| BUCHANAN INGERSOLL & ROONEY PC | BUCHANAN INGERSOLL & ROONEY PC | 50 S. 16TH STREET, SUITE 200 | | | PHILADELPHIA | PA | 19102 | mark.pfeiffer@bipc.com |
| CIARDI CIARDI & ASTIN | ATTN JOSEPH J. MCMAHON JR. | 1204 N. KING STREET | | | WILMINGTON | DE | 19801 | JMCMAHON@CIARDILAW.COM |
| CROSS & SIMON, LLC | ATTN DAVID G HOLMES | 1105 NORTH MARKET ST., STE 901 | PO BOX 1380 | | WILMINGON | DE | 19899-1380 | dholmes@crosslaw.com |
| D ETHAN JEFFERY | | | | | | | | EJeffery@MurphyKing.com |
| DONOVAN KNOWLES | 14455 DICKENS ST, APT 12 | | | | SHERMAN OAKS | CA | 91423 | DONOVANCKNOWLES@YAHOO.COM |
| GARTENBERG GELFAND HAYTON LLP | EDWARD GARTENBERG | 15260 VENTURA BOULEVARD, SUITE 1920 | | | SHERMAN OAKS | CA | 91403 | egartenberg@gghslaw.com |
| GELLERT SCALI BUSENKELL & BROWN LLC | ATTN CHARLES J BROWN III, ESQ | 1201 N ORANGE ST STE 300 | | | WILMINGTON | DE | 19801 | cbrown@gsbblaw.com |
| GREGG W BUTLER | 570 E 900 S | | | | OREM | UT | 84097-7159 | greggwbutler@yahoo.com |
| GREGG W BUTLER | 570 E 900 S | | | | OREM | UT | 84097-7159 | GREGGWBUTLER@YAHOO.COM |
| HART PLACEMENT AGENCY INC | ATTN ANNIE H. GHAW, RA | 21801 ROSCOE BLVD # 149 | | | CANOGA PARK | CA | 91304 | HReadshaw@eckertseamans.com; arogin@eckertseamans.com |
| HULL & CHANDLER, P.A. | ATTN: FELTON PARRISH ESQ. | 1001 MOREHEAD SQUARE DRIVE | STE 450 | | CHARLOTTE | NC | 28203 | felton.parrish@alexanderricks.com |
| JEROME H SCHWARTZ | 14 S CHICAGO AVE | | | | FREEPORT | IL | 61032 | jerry7928@yahoo.com |
| JONES & ASSOC | ATTN: ROLAND GARY JONES ESQ | 1745 BROADWAY, 17TH FLR | | | NEW YORK | NY | 10019 | RGJ@ROLANDJONES.COM |
| JOSEPH LOOX | 18641 SATICOY ST | APT 42 | | | RESEDA | CA | 91335-4954 | josephloox@gmail.com |
| JOSEPH W. ISAAC | 12672 LIMONITE AVE., #3E #768 | | | | EASTVALE | CA | 92880 | JOSEPH41121@GMAIL.COM |
| JOYCE LLC | ATTN: MICHAEL JOSEPH JOYCE | 1225 KING ST., STE 800 | | | WILMINGTON | DE | 19801 | mjoyce@mjlawoffices.com |
| KLEHR HARRISON HARVEY BRANZBURG LLP | DAVID S. EAGLE ESQ. & SALLY E. VEGHTE, ESQ. | 919 N. MARKET STREET, SUITE 1000 | | | WILMINGTON | DE | 19801 | deagle@klehr.com;sveghte@klehr.com |
| LAW OFFICE OF CURTIS A HEHN | ATTN CURTIS A HEHN | 1007 N ORANGE ST 4TH FL | | | WILMINGTON | DE | 19801 | curtishehn@comcast.net |
| LAW OFFICE OF MARK S. ROHER | ATTN MARK S. ROHER, ESQ. | 5701 NW 88TH AVE, SUITE 301 | | | TAMARAC | FL | 33321 | mroher@markroherlaw.com |
| LEECH TISHMAN FUSCALDO & LAMPL LLC | ATTN: PATRICK W. CAROTHERS & DANIEL YEOMANS | 525 WILLIAM PENN PL., 28TH FLR | | | PITTSBURGH | PA | 15219 | pcarothers@leechtishman.com; dyeomans@leechtishman.com; mburne@leechtishman.com |
| LEECH TISHMAN FUSCALDO & LAMPL, LLC | ATTN GREGORY W HAUSWIRTH | 1007 N ORANGE ST 4TH FL | | | WILMINGTON | DE | 19801 | ghauswirth@leechtishman.com |
| MARGOLIS EDELSTEIN | ATTN JAMES E. HUGGETT, ESQ | 300 DELAWARE AVENUE, SUITE 800 | | | WILMINGTON | DE | 19801 | jhuggett@margolisedelstein.com |
| MICHELMAN & ROBINSON LLP | ATTN: JEFF FARROW ESQ | 17901 VON KARMAN AVE, 10TH FLR | | | IRVINE | CA | 92614 | JFARROW@MRLLP.COM |
| PHILLIP 'LARRY' BALL | 215 S GLADES TRL | | | | PANAMA CITY | FL | 32407 | LBALL26@COMCAST.NET |
| POTTER ANDERSON & CORROON LLP | ATTN: R STEPHEN MCNEILL | 1313 N MARKET ST, SIXTH FLR | | | WILMINGTON | DE | 19899-0951 | rmcneill@potteranderson.com |
| RAYMOND AVER | COUNSEL TO SEARCHLIGHT FIN, C RAKNESS | | | | | | | ray@averlaw.com |
| SACKMANN LAW OFFICE | ATTN STEVEN H. SACKMANN | 455 E HEMLOCK ST | | | OTHELLA | WA | 99344 | Steve@sackmannlaw.com |
| SHERRY L COLLVER | 1746 CHATEAU DR SW | | | | WYOMING | MI | 49519-4916 | JCREWSLY@GMAIL.COM |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| STEINHILBER SWANSON LLP | ATTN: CLAIRE ANN RICHMAN ESQ. | 122 W. WASHINGTON AVE., STE 850 | | | MADISON | WI | 53703 | CRICHMAN@STEINHILBERSWANSON.COM |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN WILLIAM D SULLIVAN | 919 N MARKET ST STE 420 | | | WILMINGTON | DE | 19801 | bsullivan@sha-llc.com |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN WILLIAM A HAZELTINE | 919 N MARKET ST STE 420 | | | WILMINGTON | DE | 19801 | whazeltine@sha-llc.com |
| THE LAW OFFICE OF JAMES TOBIA, LLC | ATTN JAMES TOBIA | 1716 WAWASET ST | | | WILMINGTON | DE | 19806 | jtobia@tobialaw.com |
| THE ROSNER LAW GROUP LLC | ATTN FREDERICK B. ROSNER | 824 MARKET STREET, SUITE 810 | | | WILMINGTON | DE | 19801 | rosner@teamrosner.com |
| THE ROSNER LAW GROUP LLC | ATTN SCOTT J. LEONHARDT | 824 MARKET ST., SUITE 810 | | | WILMINGTON | DE | 19801 | leonhardt@teamrosner.com; dloughlin@wnj.com |
| THE ROSNER LAW GROUP LLC | ATTN JASON A GIBSON | 824 N. MARKET ST STE 810 | | | WILMINGTON | DE | 19801 | gibson@teamrosner.com; LEONHARDT@TEAMROSNER.COM |
| THE SARACHEK LAW FIRM | ATTN JONATHAN H. MILLER, ESQ | 101 PARK AVE, SUITE 2700 | | | NEW YORK | NY | 10178 | jon@saracheklawfirm.com; joe@saracheklawfirm.com |
| WARDROP & WARDROP, PC | ATTN ROBERT F. WARDROP II | 300 OTTAWA AVE, SUITE 150 | | | GRAND RAPIDS | MI | 49503-2308 | Robb@wardroplaw.com; |
| WERB & SULLIVAN | ATTN BRIAN A. SULLIVAN, ESQ. | 1225 KING STREET | | | WILMINGTON | DE | 19801 | bsullivan@werbsullivan.com |
| WINGET, SPADAFORA & SCHWARTZBERG LLP | ATTN: JOEL WERTMAN & DOUGLAS FOGLE | 1528 WALNUT ST., STE 1502 | | | PHILADELPHIA | PA | 19102 | Wertman.j@wssllp.com; Fogle.d@wssllp.com |