# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |
| Remaining Debtors. | |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al*., | |
| Plaintiff, | Adversary Proceeding Case No. 19-51008 (JKS) |
| vs. | |
| RICHARD ANTHONY MILLER, | |
| Defendant. | |

## STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING

Plaintiff Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, and defendant Richard Anthony Miller. (collectively, the "Parties"), have entered into a settlement agreement that resolves the claims asserted in the above-captioned adversary proceeding. Accordingly, the Parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, to the dismissal with prejudice of this adversary proceeding, with each party to bear its own attorneys' fees and costs.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

STIPULATED AND AGREED:

Dated: July 9, 2021

PACHULSKI STANG ZIEHL & JONES LLP

| */s/ Colin R. Robinson* | */s/ Richard Anthony Miller* |
|---|---|
| Bradford J. Sandler (DE Bar No. 4142) | Richard Anthony Miller |
| Andrew W. Caine (CA Bar No. 110345) | 20 East Foothill Blvd., Suite 100 |
| Colin R. Robinson (DE Bar No. 5524) | Arcadia, CA 91006 |
| 919 North Market Street, 17th Floor | Telephone: (626) 294-0414 |
| P.O. Box 8705 | |
| Wilmington, DE 19899-8705 (Courier 19801) | *Pro Se Defendant* |
| Telephone: (302) 652-4100 | |
| Facsimile: (302) 652-4400 | |
| Email: bsandler@pszjlaw.com | |
|         acaine@pszjlaw.com | |
|         crobinson@pszjlaw.com | |

*Counsel to Plaintiff*